# United States Court of Appeals

## For the First Circuit

No. 04-2563

MICRO SIGNAL RESEARCH, INC.,

Plaintiff, Appellee,

v.

NURI OTUS and MAUREEN CUNNINGHAM,

Defendants, Appellants.

_____

CUPERTINO NATIONAL BANK & TRUST,

Trustee.

ERRATA

The opinion of this court issued July 19, 2005, is amended as follows:

On page 5, second full paragraph, line 5, replace the word "show," with the word "shown,".